**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-4727**

———————————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

MARK J. GIUFFRIDA,

                                        Defendant - Appellant.

———————————

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Charles H. Haden II, Chief District Judge.  (CR-98-95)

———————————

Submitted:  March 28, 2000          Decided:  April 24, 2000

———————————

Before WIDENER, NIEMEYER, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Hunt L. Charach, Federal Public Defender, Edward H. Weis, First Assistant Federal Public Defender, Charleston, West Virginia, for Appellant.  Rebecca A. Betts, United States Attorney, Stephanie D. Thacker, Special Assistant United States Attorney, Charleston, West Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mark J. Guiffrida appeals the district court's order affirming his conviction and restitution order. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. <u>See</u> <u>United States v. Giuffrida</u>, 66 F. Supp. 2d 811 (S.D.W. Va. 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>